FILED US District Court-UT
JUN 03 '26 PM01:24

MELISSA HOLYOAK, United States Attorney (#9832)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANE STEPHEN RICHMAN,<br><br>Defendant. | INDICTMENT<br><br>COUNT 1, 18 U.S.C. § 1204, INTERNATIONAL PARENTAL KIDNAPPING.<br><br><br>Case: 2:26-cr-00188<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 6/2/2026 |

The Grand Jury Charges:

### COUNT 1
18 U.S.C. § 1204
(International Parental Kidnapping)

1

On or about May 23, 2026, through May 27, 2026, in the District of Utah and elsewhere in and out of the District of Utah,

DANE STEPHEN RICHMAN,

the defendant herein, removed two children, identified as Minor Victim 1 (MV1) and Minor Victim 2 (MV2), from the United States and retained the child outside of the United States with the intent to obstruct the lawful exercise of another person's parental rights; all in violation of 18 U.S.C. § 1204.

A TRUE BILL:

/s/

_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney

2