# United States District Court

for the

**District of Utah**

| | |
|---|---|
| UNITED STATES OF AMERICA | **ARREST WARRANT** |
| V. | Case No: **2:26-cr-00188-RJS** |
| **Dane Stephen Richman** | |
| | **DESIGNATED LOCATION:** ☒ Salt Lake City   ☐ St George |

To:      The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **DANE STEPHEN RICHMAN**                                                     ,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information

☐ Complaint      ☐ Order of court      ☐ Violation Notice      ☐ Probation Violation Petition

☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**International Parental Kidnapping**

in violation of   **18:1204**                                                           United States Code.

| | |
|---|---|
| Gary P. Serdar | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 3, 2026 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By:Stephanie Garcia | |
| Deputy Clerk | |

Bail fixed _____  by  _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |