FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 06 2026

GARY P. SERDAR
CLERK OF COURT

BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER GRANTING MOTION FOR PROTECTIVE ORDER |
| Plaintiff, | |
| vs. | Case No. 2:26 cr  188RJS |
| DANE STEPHEN RICHMAN, | |
| Defendants. | Magistrate Judge Daphne A. Oberg |

Based upon the United States' Motion for Protective Order, and stipulation of the parties, the Court hereby finds that a protective order is necessary and appropriate in this case to prevent harmful disclosure of the personal identifying information of various individuals, while still preserving the defendant's right to a fair trial and meaningful discovery.  Pursuant to the Court's authority under Federal Rule of Criminal Procedure 16(d) (1), it is HEREBY ORDERED:

1.    That the United States provide the defendant unredacted copies of the discovery in this matter including documents and media files that contain the personal identifying information of third parties, witnesses and victims.

2.    The unredacted documents produced to the defendant pursuant to this order shall not be disclosed or made available for inspection or copying to any person, other than as permitted in Paragraph 3.

3.    Unredacted documents provided to the defendants pursuant to this order may be

further disclosed to the following people: (a) counsel for the defendants; (b) associates, secretaries, paralegals, private investigators, forensic accountants and other employees or independent contractors of such attorney to the extent necessary to render professional services in this criminal prosecution; and (c) court officials involved in this case.

5.    The defendant and counsel stipulate to the protective order. Copies of the unredacted discovery, photographs of the discovery shall not be provided to the defendants, nor will the defendants be allowed to make handwritten copies of the unredacted discovery that pertain to the personal identifiers of third persons, witnesses and victims. Redacted copies of the discovery can be provided by counsel to the defendants.

6.    Persons obtaining access to the documents produced pursuant to this order shall use the information only for the preparation and conduct of this criminal trial, and any connected hearings or appeals. No information disclosed pursuant to this order shall be used for any other purpose or any other proceeding.

7.    Counsel for the defendant are responsible for employing reasonable measures to control duplication of and access to, the unredacted discovery documents.

//

//

//

//

//

//

2

8.    The provisions of this order governing disclosure and use of the documents shall

not terminate at the conclusion of this criminal prosecution.

Dated this ___6th___ day of July 2026.

BY THE COURT:

_Daphne A. Oberg_

DAPHNE A. OBERG
United States District Court
Magistrate Judge