IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DANE STEPHEN RICHMAN<br>Defendant. | **ORDER TO CONTINUE JURY TRIAL**<br><br>Case No. 2:26-cr-00188 RJS |

Based on the defendant's Motion to Continue Jury Trial, in the above-entitled case, under DUCrimR 12-1(I) and for good cause appearing, the court makes the following findings:

1. An Indictment was issued on June 3, 2026. Defendant appeared on July 6, 2026. Trial was set for September 14, 2026.

2. Defendant seeks a continuance of 30 days under 18 U.S.C. §§ 3161(h)(7)(A) & 3161(h)(7)(B)(iv). This is the first request to continue trial in this matter.

3. Defendant alleges that the continuance is necessary because not granting the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The following factual assertions support defendant's request: Counsel for Richman reviewed discovery, conducted some investigation, and met with the defendant a number of times. This week the parties discussed a potential resolution and there is real possibility that this case is going to settle without a trial. Counsel for Richman needs a brief continuance to meet and discuss the proposed plea agreement with his client.

5. The length of the delay requested is 30 days.

6. The defendant has previously been notified that at least one continuance would be necessary.

7. Counsel for plaintiff, Assistant United States Attorney Carlos A. Esqueda has been contacted and does not object to the continuance.

Based on the foregoing findings, the court grants the motion and will exclude the period of delay under the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). Because of the issues identified by Richman's counsel, failure to continue would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. And since additional time is needed for counsel to resolve this case or to be prepared for trial, the ends of justice are best served by a continuance of the trial date, and the ends of justice outweigh the interest of the public and Richman's in a speedy trial.

THEREFORE, the 3-day jury trial scheduled to begin on September 14, 2026, is hereby continued to the 20th day of October, 2026, at 9:00 a.m. Accordingly, the time between the filing of the Motion and the new trial date set forth above, is excluded from computation under the Speedy Trial Act.

DATED this 14th day of September 2026.

ROBERT J. SHELBY
United States District Court Judge